UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AL M. KIRBY,

                                        Plaintiff,
              -against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE OFFICER DONALD SANTAMARIA
in his official and individual capacities,
SUFFOLK COUNTY POLICE OFFICERS
JOHN DOES 1-4 in their official and individual
capacities,

                                        Defendants.

**NOTICE OF MOTION**

16-cv-7161(ENV)(SIL)

       PLEASE TAKE NOTICE, that upon the County Defendants' Statement Pursuant to

Local Rule 56.1, the annexed Affirmation in Support dated September 7, 2018, and upon the

accompanying Memorandum of Law herein, and upon all prior pleadings and proceedings, the

undersigned will move this Court, before the Honorable Eric N. Vitaliano, at the United States

Federal Courthouse, located at 225 Cadman Plaza East, Brooklyn, New York, for an Order

pursuant to Fed.R.Civ.P. Rule 56 for summary judgment dismissing plaintiff's complaint as

against defendants Donald Santamaria and the County of Suffolk.

Dated: Hauppauge, New York
       September 7, 2018

Yours, etc.
DENNIS M. BROWN
SUFFOLK COUNTY ATTORNEY
Attorney for Defendants
COUNTY OF SUFFOLK
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, New York 11788

                    BY:        /s/ Kyle Wood
                               Kyle Wood
                               Assistant County Attorney

To:    Frederick K. Brewington, Esq.
       The Law Offices of Frederick K. Brewington
       556 Peninsula Boulevard
       Hempstead, New York 11550